BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Teng Vang, | Civ. No. 14-cv-01327-KJN |
|     Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE THE ADMINISTRATIVE RECORD AND ANSWER** |
|     v. | |
| Carolyn W. Colvin, Acting Commissioner of Social Security,[1] | |
|     Defendant. | |

---

[1] Carolyn W. Colvin became the Acting Commissioner on February 14, 2013, and is substituted for Michael J. Astrue as the defendant in this case in accordance with Fed. R. Civ. P. 25(d).

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have until October 2, 2014 to file the administrative record and an answer. This extension is requested because Defendant needs more time to locate the transcript.

                                        Respectfully submitted,

/s/ Stephen Anthony Valizan *
STEPHEN ANTHONY VALIZAN
Plaintiff's Attorney
* by Armand Roth by authorization

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

Dated: September 2, 2014        /s/ Armand D. Roth
ARMAND D. ROTH
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:  September 3, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2